UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHAIM LEBOVITS on behalf of himself and all others similarly situated,
    Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC
John Does 1-25

    Defendant.

CASE NO.: 7:20-cv-5857

## NOTICE AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: September 15, 2020

Respectfully Submitted,

/s/Raphael Deutsch
Raphael Deutsch Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
rdeutsch@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

So Ordered:

*/s/ Vincent L. Briccetti*

Vincent L. Briccetti, U.S.D.J.
9/16/2020